IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARCO A. HENDRICKSON, #10530-062 | § § § | |
| v. | § § | CIVIL ACTION NO. 4:24-CV-00786-SDJ-AGD |
| UNITED STATES OF AMERICA | § § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 6, 2026, the Report of the Magistrate Judge, (Dkt. #31), was entered containing proposed findings of fact and recommendation that *pro se* Movant Marco A. Hendrickson's motion for summary judgment (Dkt. #28) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the motion for summary judgment (Dkt. #28) is **DENIED**.

**So ORDERED and SIGNED this 12th day of July, 2026.**


_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE